JOSEPH A. DUARTE, #010603
101 N. 1st Avenue, Suite 950
Phoenix, Arizona  85003
Telephone: 602-326-5882
Attorney for Defendant
papoduarte@gmail.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No: 21-mj-08001-PHX-JZB |
|---|---|
| Plaintiff, | 21-mj-00078 |
| vs. | **REQUEST FOR BAG & BAGGAGE HEARING; AND, TRANSFER HEARING NOTICE per F.R.C.P.  Rule 5(c)(3)** |
| Andrew Hatley, | |
| Defendant. | |

Comes now the defendant, through his lawyer, and provides notice that he acknowledges he is the person sought in the complaint.  Consequently, he waives his right to an I.D. hearing.  He will also submit the following consents and waivers:

1. He waives his right to be physically present in the courtroom and will agree to appear by video or telephone;
2. He waives his right to a preliminary hearing in the District of Arizona and requests the opportunity to determine the preliminary hearing issue in the District of Columbia, the district of case origin;
3. Mr. Hatley concurs with the **amended** pretrial services recommendation providing for release, a return to his domicile on the East Coast and every other condition enumerated at the behest of the pretrial services office, through Officer Emmanuel Briseno;
4. In the event documents must be signed, he grants permission to undersigned counsel to execute any document on his behalf.

///

///

///

**FACTS**

Mr. Hatley was working in Arizona when he was notified that there was a warrant for his arrest. He immediately took affirmative measures to obtain instructions for self-surrender and was detained by government officials.

His initial appearance was before Magistrate John Z. Boyle on Jan. 20, 2021. A status hearing was set for three issues, I.D., preliminary hearing and detention for Jan. 22, 2021.

The initial PTS report recommended straight detention. After contacting the PTS office in a different jurisdiction, the amendment to the original report was modified to recommend release under supervision and add conditions.

The Office of the U.S. Attorney in Phoenix was consulted and confirmed that the U.S. Attorney in the District of Columbia is not seeking detention.

**LAW**

The Bail Reform Act of 1984 mandates that a charged defendant be released under the least restrictive conditions that will
1. Reasonably ensure his appearance and
2. Maintain the safety of the community.

18 U.S.C. 3142(c)(B).

The Court of Appeals for the Ninth Circuit has stated that only in rare circumstances should release be denied, and doubts regarding the propriety of release should be resolved in the defendant's favor. *U.S. v. Gebro,* 948 F.2nd 1118, 1121 (Ninth Circuit, 1991).

Given the unique circumstances surrounding the case, the defense concurs with the amended recommendation for release.

///

///

**REQUESTED RELIEF**

Mr. Andrew Hatley requests a bag and baggage setting for Monday, January 25, 2021.  He can then meet with Mr. Briseno of Pretrial Services and his release may be effectuated.

Respectfully submitted this 22nd day of January 2021.

    s/Joseph A. Duarte
JOSEPH A. DUARTE, Esq.
Attorney for Defendant

*CERTIFICATE OF SERVICE*

*I HEREBY CERTIFY THAT ON JANUARY 22, 2021, I ELECTRONICALLY TRANSMITTED THE ATTACHED DOCUMENT TO THE CLERK'S OFFICE AND TO THE FOLLOWING REGISTRANTS USING THE CM/ECF SYSTEM:*

*- The Honorable John Z. Boyle*

*- Bridget Minder, Assistant U.S. Attorney*

*s/Joseph A. Duarte*