IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TO:  UNITED STATES MARSHAL          **ORDER**

                                                                                  RE:   21-08001MJ

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE:

Defendant __Andrew Hatley__

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

| | |
|---|---|
| _____ | Time Served |
| _____ | Probation |
| _____ | Dismissal |
| __X__ | Other |

ADDITIONAL INSTRUCTIONS:

_____Defendant released with conditions.  Defendant is to be released today_____

_____

_____

DATED this 22nd day of January, 2021.

*John Z Boyle*
United States Magistrate Judge

cc: USMS 1/22/21 3:52pm